Entered on Docket
August 26, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 25, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
J.P. Morgan Mortgage Acquisition Corp.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>RONALD TERRY<br><br>      Debtor.<br>_____ | CASE: 09-44478JG<br><br>CHAPTER 13<br><br>REF.: ASW-583<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 08/21/09<br>TIME: 10:00am<br>CTRM: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

    A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by J.P. Morgan Mortgage Acquisition Corp., and having come to be heard before the HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE, on August 21, 2009, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in opposition nor appearance by the Trustee or the Debtor, and the Court, having read the various pleadings, documents and proceedings, and service

Matter I.D. 6401-5525

1. having been made, and after due deliberation, does make its
2. order as follows:
3.     IT IS ORDERED that with respect to the real property
4. commonly known as 2888 Sebastan Lane, Stockton, CA 95212,
5. and more fully described as follows:
6.         SEE DOCUMENT NO. 2007-038212 RECORDED IN
7.         THE OFFICIAL RECORDS OF SAN JOAQUIN
8.         COUNTY ON 2/22/2007
9. Movant and its agents and successors are relieved of the
10. automatic stay, and said stay is immediately terminated, so
11. that Movant and its agents and successors may exercise or
12. cause to be exercised any and all rights under its Note
13. and/or Deed of Trust and any and all rights after
14. foreclosure sale, including, but not limited to, the right
15. to commence and/or consummate foreclosure proceedings on the
16. property and the right to proceed in any action to obtain
17. possession of the property.
18.     IT IS FURTHER ORDERED that the 10 day stay pursuant to
19. rule 4001(a)(3) is hereby waived.
20.                     ** END OF ORDER **

Matter I.D. 6401-5525

COURT SERVICE LIST

Debtor:
RONALD TERRY
22859 Charing Street
Hayward, CA 94541

Chapter 13 Trustee:
MARTHA G. BRONITSKY
P.O. Box 5004
Hayward, CA 94540-5004

Debtor's Counsel
WILLIAM F. MCLAUGHLIN
Law Offices of Robert A. Ward
1305 Franklin St. #301
Oakland, CA 94612

The Wolf Firm
2955 Main Street, 2nd Floor
Irvine, CA 92614

Matter I.D. 6401-5525